IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| | : | Case Nos. 1:14-cr-103(2), 1:15-cr-38(2) |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | Order on Motion to Set Up Payment Plan |
| Curtis L. Sims, | : | |
| | : | |
| Defendant. | : | |

  This matter is before the Court on Defendant Curtis Sims's Motion to Set Up Payment Plan on Restitution. (Doc. 106.) On July 22, 2015, Sims was sentenced to forty-six months imprisonment and ordered to pay $5650 in restitution for bank robbery offenses. (Doc. 76 at PageID 173–174, 176.) The schedule of payments for restitution stated that:

> After the defendant is released from imprisonment, and within 30 days of the commencement of the term of supervised release, the probation officer shall recommend a revised payment schedule to the Court to satisfy the unpaid balance of the monetary penalty. The Court will enter an order establishing a schedule of payments.

(*Id.* at PageID 177.) Sims was released from his term of incarceration in January 2018. He is now serving a term of incarceration on separate state law charges at the London, Ohio Correctional Institution. He asks the Court to set payment schedule of $20-$25 per month on his restitution owed in this case. (Doc. 106 at PageID 273.)

  No order establishing a schedule of payments has been entered in this case. The Court is not aware of how much restitution, if any, Sims has paid to date.

  Accordingly, the Court **ORDERS** the United States Probation Office for the Southern District of Ohio to file a Status Report within three weeks of the date of this Order regarding the amount of restitution which Sims still owes, his current payment schedule, if any, and the

appropriate payment schedule. The United States Attorney for the Southern District of Ohio has leave file a response to Sim's Motion and to the Status Report within three weeks after the filing of the Status Report.

**IT IS SO ORDERED.**

                                              BY THE COURT:

                                              S/Susan J. Dlott
                                              Susan J. Dlott
                                              United States District Judge